

**STATE of NEBRASKA**

**Board of Barber Examiners**
Box 94723
Lincoln, Nebraska 68509-4723
Phone: (402) 471-2051
Fax: (402) 328-6231
Email: barbers.board@nebraska.gov
Website: https://barbers.nebraska.gov

April 15, 2025

Osteria Sergeto LLC
900 S 74th Plaza STE 303
Omaha, NE 68114

To Whom It May Concern:

The Nebraska Board of Barber Examiners recently became aware of your establishment, The Barber Shop Blackstone. It has come to our attention that this business markets itself using the barber shop title, barber poles, and images of barber poles.

This letter is to inform you that such practices violate Nebraska law and to invite you to amend the business's advertising.

The Nebraska Board of Barber Examiners is a statutorily created board charged with protecting the health, safety, and welfare of the public while administering the Barber Act. Neb. Rev. Stat. section 71-201(5) prohibits any entity from using the title of "barber shop" unless such entity is a licensed state barber shop. Neb. Rev. Stat. section 71-201(6) prohibits any entity from displaying a barber pole or using the image of a barber pole in its advertising unless such entity is licensed to provide barbering services and offers barbering services.

The Board has no record of The Barber Shop Blackstone obtaining a license to operate a barber shop. Violations of the Barber Act carry both civil and criminal consequences. The use of the barber shop title, barber poles, and images of barber poles are inappropriate and must be corrected. We are confident that this matter can be resolved amicably. We invite you to provide more information to the Board of Baber Examiners and amend your business practices to comply with Nebraska law.

Please provide the Board of Barber examiners with more information about your establishment, namely:
1. Does The Barber Shop Blackstone provide or intend to provide barbering services?
2. Does The Barber Shop Blackstone intend to apply for a barber shop license?

**EXHIBIT A**

Page 1 of 2

3. Does The Barber Shop Blackstone intend to continue to use the title of barber of barber shop?
4. Does The Barber Shop Blackstone intend to continue to display a barber pole both inside and outside of the establishment?
5. Does The Barber Shop Blackstone intend to continue to use the image of a barber's pole in its advertising?

Please respond to these questions no later than May 15, 2025. If we do not receive a response and you continue to operate in direct violation of the Barber's Act, we are prepared to pursue formal legal action against The Barber Shop Blackstone.

Please reach out to us with any questions. We look forward to resolving this matter.

Sincerely,

Kenneth J. Allen, Director
Nebraska Board of Barber Examiners
PO Box 94723
Lincoln, NE 68509
402 471 2051

Page **2** of **2**

# The Barber Shop's posts



**The Barber Shop** created an **event.**

4d · 🌐

···



 **Like**  **Comment**  **Send**  **Share**

 **The Barber Shop** updated their cover photo. ···

Mar 7 · 🌐

   

👍❤️ 12

3 comments

**Like**    **Comment**    **Send**    **Share**