

## STATE *of* NEBRASKA

**Board *of* Barber Examiners**
**Box 94723**
**Lincoln, Nebraska 68509-4723**
**Phone: (402) 471-2051**
**Fax: (402) 328-6231**
**Email: barbers.board@nebraska.gov**
**Website: https://barbers.nebraska.gov**

Osteria Sergeto LLC                                           June 24, 2025
900 S 74th Plaza STE 303
Omaha, NE 68114

Dear Mr. DiGiacomo,

On May 23, 2025, the Nebraska Board of Barber Examiners (the Board) sent you a letter requesting that you contact our office to set up a meeting. It appeared at the time that both sides were willing to amicably resolve the issues surrounding the use of the barber shop title, barber poles, and images of barber poles used in marketing. As of today, the Board has not received any response.

Your legal obligations have not changed. Neb. Rev. Stat. § 71-201(5) prohibits any entity from using the title of "barber shop" unless the entity is a licensed state barber shop. Neb. Rev. Stat. § 71-201(6) prohibits any entity from displaying a barber pole or using the image of a barber pole in its advertising unless such entity is licensed to provide barbering services and offers barbering services. Neb. Rev. Stat. § 87-302 states that a business engages in a deceptive trade practice when it causes a likelihood of misunderstanding as to its certification by another.

In addition to directly violating the Barber Act, your actions infringe on the Board's protected trademark and impede the Board's ability to regulate the barbering profession.

The Board remains willing to meet to resolve this matter. We are asking for a final time that you contact us at barbers.board@nebraska.gov to schedule a meeting.

We reiterate that violations of the Barber Act carry both civil and criminal consequences. Litigation can be an expensive and time-consuming process. The Board is obligated to defend the Barber Act and its trademark. If we do not receive a response shortly, the Board will initiate legal proceedings.

Sincerely,

Kenneth J. Allen, Director
Nebraska Board of Barber Examiners
PO Box 94723
Lincoln, NE 68509
(402) 471-2051

---

**EXHIBIT**

**C**