From: **Barbers, Board** <barbers.board@nebraska.gov>
Date: Fri, Feb 6, 2026 at 7:57 AM
Subject: Black Stone Barber Shop
To: Mike DiGiacomo <mike@chipdpay.com>, Barbers, Board <barbers.board@nebraska.gov>
CC: Jaclyn Oltmans <sips@socialbars402.com>, Trey Schwartz <trey@socialbars402.com>, Kinnison, Benedict <Benedict.Kinnison@nebraska.gov>

Mike DiGiacomo,

The Board is aware that a red, white, and blue, barber pole is still luminated and advertising at your establishment.

As you know, on October 26, 2025, the Board accepted your proposal to edit the colors of the pole and eliminate the use of the barbershop title.

The Board would appreciate an update regarding your compliance efforts.

Thank you,

**_Ken Allen_**

_Nebraska Board of Barber Examiners_

_PO Box 94723_

_Lincoln, NE 68509_

_402-471-2051_

_barbers.board@nebraska.gov_

**EXHIBIT**

**D**