

## Social Holdings LLC

900 S 74th Plaza Ste 303
Omaha, NE 68114
(402) 770-5500

Nebraska Board of Barber Examiners
Kenneth J. Allen, Director
PO Box 94723
Lincoln, NE 68509

April 24, 2025

**RE: Response to Use of "Barber Shop" in Business Name and Advertising – Osteria Segreto LLC**

Director Allen:

We appreciate your letter and the opportunity to clarify the nature of *The Barber Shop Blackstone*.

While we fully intend to comply with Nebraska law, we believe the statutes referenced — Nebraska Revised Statutes 71-201(5) and (6) — may be overly broad or outdated when applied to businesses like ours that are not, and never intend to be, barber shops in any capacity. We are a cocktail bar — not a personal grooming establishment — and no reasonable person would expect to get a haircut or shave from our staff.

The law was clearly written to protect public health and safety by ensuring that only licensed individuals offer barbering services. That's a goal we fully support. But our establishment offers none of those services. There is nothing for the Board to regulate or protect here — only a thematic tribute to an industry we admire.

Our concept is a nod to our family and other fellow barbers — men & women who spent decades behind the chair, building community and trust. This bar was inspired by the spirit of the barbershop, not the services — a celebration of the culture, not a duplication of the business. In fact, we've received support from many licensed barbers who see our concept as an homage, not a threat. They appreciate that we're keeping the memory and impact of the traditional barbershop alive in a new, creative way. We celebrate them through pictures of local barbers, and we are consistently adding more.

We understand the Board's responsibility, and we are committed to a good-faith resolution. If clearer disclaimers or adjustments are needed to reinforce that no barbering occurs at our location, we are happy to explore those.

To answer your specific questions:

1. *Does The Barber Shop Blackstone provide or intend to provide barbering services?*
   No.
2. *Does The Barber Shop Blackstone intend to apply for a barber shop license?*
   No.
3. *Does The Barber Shop Blackstone intend to continue to use the title of "barber" or "barber shop"?*
   We seek discussion with you on a resolution.

<div style="border:1px solid black; text-align:center;">

**EXHIBIT**

**D**

</div>

4. *Does The Barber Shop Blackstone intend to continue to display a barber pole both inside and outside the establishment?*
   We seek discussion with you on a resolution.
5. *Does The Barber Shop Blackstone intend to continue to use the image of a barber's pole in its advertising?*
   We seek discussion with you on a resolution.

We are confident this issue can be resolved amicably and respectfully. We look forward to working together toward a solution that honors both the law and the legacy of the barbering tradition we're proud to celebrate.

Sincerely,

**Mike DiGiacomo**

**Partner**

Social Holdings LLC, parent company of Osteria Segreto LLC. (dba. The Barber Shop Blackstone)