# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OSTERIA SEGRETO, LLC d/b/a THE BARBER SHOP BLACKSTONE | **CASE NO. 8:26-CV-00065** |
| Plaintiff, | |
| vs. | **PLAINTIFF'S EXHIBIT LIST** |
| MICHAEL HILGERS, Attorney General of Nebraska, in his official capacity, and TARA J. STERNS, JOSEPH A. SCOVILLE, AND COURTNEY A. DAUBENDIEK, in their official capacities as the members of the Nebraska Board of Barber Examiners | |
| Defendants. | |

Hearing Date(s): April 16, 2026

Pursuant to the Court's April 2 Order, Plaintiff hereby submits the following exhibit list to be considered at the April 16 hearing on Plaintiff's Motion for Preliminary Injunction:

| EXHIBIT NO. | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| PLF | DF | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
| 1 | | | Doc. No. 9-1 – Declaration of Mike DiGiacomo | | | | | |
| 2 | | | Doc. No. 9-2 – Ex. A to Declaration of Mike DiGiacomo – Application for Registration of Trade Name | | | | | |
| 3 | | | Doc. No. 9-3 – Ex. B to Declaration of Mike DiGiacomo – April 15, 2025, Letter from Board of Barber Examiners | | | | | |
| 4 | | | Doc. No. 9-4 – Ex. C to Declaration of Mike DiGiacomo – June 24, 2025, Letter from Board of Barber Examiners | | | | | |
| 5 | | | Doc. No. 9-5 – Ex. D to Declaration of Mike DiGiacomo — Apr. 24, 2025, DiGiacomo Response to Board of Barber Examiners | | | | | |
| 6 | | | Doc. No. 9-6 – Ex. E to Declaration of Mike DiGiacomo – Feb. 6, 2026, Email from Board of Barber Examiners | | | | | |
| 7 | | | Doc. No. 18-1 – Supplemental Declaration of Mike DiGiacomo | | | | | |

| 8 | | | Doc. No. 18-2 – Ex. A to Supplemental Declaration of Mike DiGiacomo – Photos of The Barber Shop Blackstone Entrance | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | | | Doc. No. 18-3 – Ex. B to Supplemental Declaration of Mike DiGiacomo – The Barber Shop Blackstone Website | | | | | |
| 10 | | | Doc. No. 18-4 – Ex. C to Supplemental Declaration of Mike DiGiacomo — The Barber Shop Blackstone Facebook | | | | | |
| 11 | | | Doc. No. 18-5 – Ex. D to Supplemental Declaration of Mike DiGiacomo – Apr. 5, 2025, Email from Lauren Garrison | | | | | |
| 12 | | | Doc. No. 18-6 – Declaration of Daniel Gutman | | | | | |
| 13 | | | Doc. No. 18-7 – Ex. A to Declaration of Daniel Gutman – Mar. 21, 2019, USPTO Application | | | | | |
| 14 | | | Doc. No. 18-8 – Ex. B to Declaration of Daniel Gutman – June 22, 2019, USPTO Office Action | | | | | |
| 15 | | | Doc. No. 18-9 – Ex. C to Declaration of Daniel Gutman – Oct. 20, 2021, Response to Office Action | | | | | |

| 16 | | | Doc. No. 18-10 – Ex. D to Declaration of Daniel Gutman – Feb. 1, 2022, Office Action | | | | | |
| 17 | | | Doc No. 18-11 – Ex. E to Declaration of Daniel Gutman – Aug. 18, 2022, Official USPTO Notice of Abandonment | | | | | |
| 18 | | | Doc. No. 18-12 – Ex. F to Declaration of Daniel Gutman – National Board of Barber Examiners' State Barber Boards List | | | | | |

**OBJECTIONS**
   **R: Relevancy**
   **H: Hearsay**
   **A: Authenticity**
   **O: Other (specify)**

Plaintiff reserves the right to rely on Defendants' evidence, including the exhibits filed with Defendants' response to the Motion for Preliminary Injunction.

Dated this 15th day of April, 2026.

THE BARBER SHOP BLACKSTONE

*/s/ Daniel J. Gutman*
Daniel J. Gutman, #26039
Sydney L. Hayes, #27051
University of Nebraska College of Law
First Amendment Clinic
Schmid Clinic Building
P.O. Box 830902
Lincoln, NE 68583-0902
dgutman2@unl.edu
shayes6@unl.edu

ATTORNEYS FOR PLAINTIFF
THE BARBER SHOP BLACKSTONE