U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL (NOA) SUPPLEMENT
**DISTRICT OF NEBRASKA**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption**:                                    **Case Number**:

OSTERIA SEGRETO, LLC V. HILGERS ET     8:26CV65-BCB
AL

**Appellant**:

OSTERIA SEGRETO, LLC

**Attorney(s)**:

ROBERT J. MCNAMARA
NICHOLAS J. DEBENEDETTO
INSTITUTE FOR JUSTICE
901 North Glebe Road
Suite 900
Arlington, VA 22203
703-682-9320

DANIEL J. GUTMAN
UNIVERSITY OF NEBRASKA COLLEGE
OF LAW CLINICAL LAW PROGRAMS
Schmid Clinic Building
P.O. Box 830902
Lincoln, NE 68583-0902
402-319-8897

SYDNEY L. HAYES
UNIVERSITY OF NEBRASKA COLLEGE
OF LAW CLINICAL LAW PROGRAMS
Schmid Clinic Building
P.O. Box 830902
Lincoln, NE 68583-0902
402-472-2161

**Appellee:**

MICHAEL HILGERS, TARA J. STERNS,
JOSEPH A. SCOVILLE and COURTNEY
A. DAUBENDIEK

**Attorney(s)**:

JOSEPH W. MCKECHNIE
ATTORNEY GENERAL'S OFFICE -
NEBRASKA
2115 State Capitol
Lincoln, NE 68509
402-471-1925

JOSHUA E. DETHLEFSEN
ATTORNEY GENERAL'S OFFICE -
NEBRASKA
2115 State Capitol Building
P.O. Box 98920
Lincoln, NE 68509-8920
(402) 471-1813

**Court Reporter(s)**:

ROGENE SCHRODER 402-661-7383

**Please return files and documents to**:

OMAHA

**Person to contact about the appeal**:

MARY ROUNDTREE

| Length of Trial | Fee | IFP | Pending IFP |
|---|---|---|---|
| N/A | Y | N | N |

| Counsel | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
| RETAINED | N | N | N |

**Criminal Cases/Prisoner Pro Se Cases only**:

**Is defendant incarcerated?**  N/A

**Where?**  | N/A |

**Please list all other defendants in this case if there were multiple defendants**

N/A

**Special Comments**:

Forms-Appeal-NOA_Supplement
Approved Date: 12/22/14