IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| OSTERIA SEGRETO, LLC, | | |
| Plaintiff, | | 8:26CV65 |
| vs. | | |
| MICHAEL HILGERS, Attorney General of Nebraska, in his official capacity; TARA J. STERNS, in their official capacities as the members of the Nebraska Board of Barber Examiners; JOSEPH A. SCOVILLE, in their official capacities as the members of the Nebraska Board of Barber Examiners; and COURTNEY A. DAUBENDIEK, in their official capacities as the members of the Nebraska Board of Barber Examiners; | | ORDER |
| Defendants. | | |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 44) is granted and Sydney L. Hayes is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Sydney L. Hayes in this case.

Dated this 18th day of May, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge