## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OSTERIA SEGRETO, LLC d/b/a THE BARBER SHOP BLACKSTONE,<br><br>    **Plaintiff,**<br><br>    v.<br><br>MICHAEL HILGERS, Attorney General of Nebraska, in his official capacity; TARA J. STERNS, JOSEPH A. SCOVILLE, and COURTNEY A. DAUBENDIEK, in their official capacities as members of the Nebraska Board of Barber Examiners,<br><br>    **Defendants.** | Case No. 8:26-CV-65<br><br><br>**JOINT MOTION TO STAY DEADLINES** |

Defendants, Michael Hilgers, Attorney General of Nebraska, in his official capacity; Tara J. Sterns, Joseph A. Scoville, and Courtney A. Daubendiek, in their official capacities as members of the Nebraska Board of Barber Examiners, and Plaintiff Osteria Segreto, LLC d/b/a The Barber Shop Blackstone (collectively "Parties"), hereby jointly move the Court to stay all deadlines set forth in the Court's Scheduling Order, and any further proceedings, while Plaintiff pursues an interlocutory appeal of the Court's April 20, 2026 Memorandum and Order to the United States Court of Appeals for the Eighth Circuit.

Consistent with NECivR. 7.1(a)(1)(B), no accompanying brief will be filed because the Parties consent to stay the proceedings before the United States District Court for the District of Nebraska until the interlocutory appeal is resolved. The

1

Parties further state as follows:

1.    On April 20, 2026, the Court denied Plaintiff's Motion for Preliminary Injunction. (Filing 33).

2.    On May 12, 2026, Plaintiff notified the Court of its interlocutory appeal of the April 20, 2026 Memorandum and Order denying Plaintiff's Motion for Preliminary Injunction to the United States Court of Appeals for the Eighth Circuit. (Filing 38).

3.    On May 15, 2026, the United States Court of Appeals for the Eighth Circuit docketed the interlocutory appeal and set a briefing schedule. (Filing 43); (Filing 43-1).

4.    On May 18, 2026, this Court issued a Scheduling Order, setting June 18, 2026, as the date the Parties shall jointly file a Rule 26(f) Report. (Filing 46).

5.    The Parties are requesting a stay of the Scheduling Order deadlines because the Parties jointly agree to focus their resources on litigating the pending interlocutory appeal.

6.    The Parties further jointly agree to stay all other matters in this Court while the Parties focus their resources on the pending interlocutory appeal.

7.    The Parties jointly request thirty (30) days from the date the interlocutory appeal is resolved to meet and confer and jointly file a Rule 26(f) Report.

WHEREFORE, the Parties respectfully request this Court enter an order

staying the Scheduling Order deadlines, and all other proceedings, until thirty (30) days after the Eighth Circuit's decision resolving the pending interlocutory appeal of this Court's preliminary injunction order.

Respectfully submitted May 19, 2026,

**MICHAEL HILGERS, Attorney General of Nebraska, in his official capacity; TARA J. STERNS, JOSEPH A. SCOVILLE, and COURTNEY A. DAUBENDIEK, in their official capacities as members of the Nebraska Board of Barber Examiners, Defendants**

By: MICHAEL T. HILGERS, #24483
 *Nebraska Attorney General*

By: *s/ Joseph W. McKechnie*
 Joseph W. McKechnie, #27894
 *Assistant Attorney General*
 OFFICE OF THE ATTORNEY GENERAL
 1445 K Street, Room 2115
 Lincoln, Nebraska 68508
 Telephone: (402) 471-2682
 joseph.mckechnie@nebraska.gov

 *Attorneys for Defendants*

**OSTERIA SEGRETO, LLC d/b/a THE BARBER SHOP BLACKSTONE, Plaintiff**

By: /s/ Robert J. McNamara
 Robert J. McNamara*
 (VA Bar No. 73208)
 Nicholas J. DeBenedetto*
 (NJ Bar No. 382442021)
 INSTITUTE FOR JUSTICE
 901 N. Glebe Rd., Suite 900
 Arlington, VA 22203
 Phone: (703) 682-9320
 Fax: (703) 682-9321
 rmcnamara@ij.org
 ndebenedetto@ij.org

 Daniel J. Gutman, #26039
 University of Nebraska
 College of Law
 First Amendment Clinic
 Schmid Clinic Building
 P.O. Box 830902
 Lincoln, NE 68583-0902
 dgutman2@unl.edu

 *\*Admitted Pro Hac Vice*

 *Attorneys for Plaintiff*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, which will send notification of such filing to Plaintiff's counsel of record.

By:   *s/ Joseph W. McKechnie*
Joseph W. McKechnie, #27894
Assistant Attorney General

4